NAOMI REICE BUCHWALD
UNITED STATES DISTRICT JUDGE

212-805-0194

August 16, 2007

Honorable Ortrie D. Smith
Chair, Committee on Financial Disclosure
Judicial Conference of the United States
One Columbus Circle, NE
Washington, DC 20544

Re: Calendar Year 2006 Filing – Amendment Letter

Dear Judge Smith:

Reference is made to your letter of July 31, 2007 requesting clarification concerning one matter on my 2006 Financial Disclosure Report. Please accept this letter as an amendment to the 2006 report dated May 14, 2007.

With respect to the Part VII, page 1, line 3A reference in my 2005 report to "Loral (Common)" in ██████IRA and the absence of a reference to "Loral" on line 3A of my 2006 report, the reason it not included is because it had become valueless during the course of the year. This was noted at Part VII, page 5, line 149 of my 2006 report.

Please let me know if there is any further information which you require.

Very truly yours,

Naomi Reice Buchwald
United States District Judge

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2006

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  BUCHWALD, NAOMI R | 2. Court or Organization  SOUTHERN DISTRICT OF NEW YORK` | 3. Date of Report  05/14/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. DISTRICT JUDGE (Active) | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☒ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2006 to 12/31/2006 |
| 7. Chambers or Office Address  UNITED STATES COURTHOUSE 500 PEARL STREET - ROOM 2270 NEW YORK, NY 10007-1312 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☒ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

[X] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2006 | SELF-EMPLOYED LAWYER |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Federal Bar Council | February 1-10, 2006 -- Panel Moderator at Bench and Bar Conference in St. Thomas, Virgin Islands (Transportation, room, meals) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R | 05/14/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R | 05/14/2007 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SEE ATTACHED RIDER | | | | | | | | | |
| 2. | | | | | | | | | |
| 3. | | | | | | | | | |
| 4. | | | | | | | | | |
| 5. | | | | | | | | | |
| 6. | | | | | | | | | |
| 7. | | | | | | | | | |
| 8. | | | | | | | | | |
| 9. | | | | | | | | | |
| 10. | | | | | | | | | |
| 11. | | | | | | | | | |
| 12. | | | | | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

FINANCIAL DISCLOSURE REPORT

Page 5 of 6

Name of Person Reporting

BUCHWALD, NAOMI R

Date of Report

05/14/2007

VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| BUCHWALD, NAOMI R | 05/14/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signatu█████████████████████████████████████████████ Date _May 14, 2007_

NOTE█████████████████ WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

## 2006 Financial Disclosure Statement

Part VII: Investments and Trusts

| A. Description | B. Income | | C.Value | | (D)Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2)Type | (1)Code | (2)Method | (1) | (2) | (3) | (4) |
| Citibank Accounts | D | Interest | N | T | | | | |
| Citibank (IRA) 1 | A | Interest | K | T | | | | |
| – Citifund Cash Reserves Class N | | | | | | | | |
| Citibank (IRA) 2 | A | Interest | O | T | | | | |
| | D | Dividends | | | | | | |
| – Citifund Cash Reserves Class N | | | | | | | | |
| – Analogue Devices (Common) | | | | | | | | |
| – Applied Materials (Common) | | | | | | | | |
| – Time Warner (Common) | | | | | | | | |
| – Dell Computer (Common) | | | | | | | | |
| – Gateway (Common) | | | | | | | | |
| – Intel (Common) | | | | | | | | |
| – Palm Inc (Common) | | | | | | | | |
| – International Rectifier (Common) | | | | | | | | |
| – Microsoft (Common) | | | | | | | | |
| – Sun Microsystems (Common) | | | | | | | | |
| – CMGI (Common) | | | | | | | | |
| JPMorgan Chase Accounts | A | Interest | K | T | | | | |
| Schwab Account NY Muni Money Mkt | D | Dividends | K | T | | | | |
| Bank of America Columbia Cash Reserves (formerly Prime Reserves) | A | Dividends | J | T | | | | |
| Treasury Direct Account Treasury Bills | E | Interest | O | T | Bought | 1/19 | M | – |
| | | | | | Bought | 1/19 | M | – |
| | | | | | Bought | 3/9 | M | – |

1

| Asset | | | | | Transaction | Date | | |
|---|---|---|---|---|---|---|---|---|
| Time Warner Common Stock (also in IRA) | A | Dividends | M | T | partial sold | 1/3 | L | A |
| | | | | | Bought | 8/3 | N | – |
| | | | | | Partial sold | 8/3 | N | A |
| Applied Materials Common Stock (IRA) | A | Dividends | L | T | Bought | 9/19 | N | – |
| | | | | | Sold | 9/19 | N | B |
| | | | | | Bought | 10/3 | M | – |
| | | | | | Bought | 10/4 | N | – |
| | | | | | Sold | 10/4 | N | D |
| | | | | | Bought | 10/5 | N | – |
| | | | | | Sold | 10/5 | N | A |
| | | | | | Bought | 11/29 | N | – |
| | | | | | Bought | 11/29 | N | – |
| Blount Common Stock | – | None | J | T | | | | |
| Dell Computer Common Stock (IRA) | – | None | M | T | | | | |
| Intel Common Stock (also in IRA) | C | Dividends | O | T | Bought | 1/3 | O | – |
| | | | | | Sold | 1/3 | O | – |
| | | | | | Bought | 1/5 | O | – |
| | | | | | Partial Sold | 1/5 | N | – |
| | | | | | Bought | 1/6 | M | – |
| | | | | | Sold | 1/6 | N | B |
| | | | | | Bought | 1/9 | P1 | – |
| | | | | | Partial Sold | 1/9 | P1 | E |
| | | | | | Bought | 1/10 | N | – |
| | | | | | Bought | 1/11 | O | – |
| | | | | | Sold | 1/11 | P1 | C |
| | | | | | Bought | 1/12 | P1 | – |
| | | | | | Sold | 1/12 | P1 | – |
| | | | | | Bought | 1/13 | O | – |
| | | | | | Partial Sold | 1/13 | N | – |
| | | | | | Bought | 1/17 | N | – |
| | | | | | Sold | 1/17 | P1 | – |
| | | | | | Bought | 1/18 | N | – |
| | | | | | Bought | 1/26 | N | – |
| | | | | | Partial Sold | 1/26 | N | A |
| | | | | | Bought | 1/27 | O | – |
| | | | | | Partial Sold | 1/27 | O | A |
| | | | | | Bought | 1/31 | M | – |

| Partial Sold | 1/31 | M | – |
|---|---|---|---|
| Bought | 2/27 | O | – |
| Partial Sold | 2/28 | O | B |
| Bought | 3/1 | N | – |
| Partial Sold | 3/1 | N | A |
| Sold | 3/3 | N | – |
| Sold Short | 3/3 | M | – |
| Bought | 3/16 | L | – |
| Bought | 4/5 | N | – |
| Sold | 4/5 | N | – |
| Bought | 4/6 | O | – |
| Bought | 4/7 | O | – |
| Partial Sold | 4/7 | O | – |
| Sold | 4/10 | N | – |
| Bought | 4/11 | M | – |
| Bought | 4/19 | N | – |
| Partial Sold | 4/19 | N | C |
| Bought | 4/20 | O | – |
| Sold | 4/20 | O | – |
| Bought | 4/21 | N | – |
| Partial Sold | 4/27 | N | D |
| Bought | 6/12 | M | – |
| Partial Sold | 6/13 | M | B |
| Bought | 6/20 | N | – |
| Partial Sold | 6/20 | J | – |
| Bought | 6/21 | N | – |
| Partial Sold | 6/21 | N | A |
| Bought | 6/22 | N | – |
| Partial Sold | 6/22 | N | A |
| Bought | 6/29 | O | – |
| Sold | 6/29 | O | D |
| Bought | 7/5 | M | – |
| Sold | 7/5 | M | B |
| Bought | 7/6 | P1 | – |
| Partial Sold | 7/6 | O | B |
| Sold | 7/7 | N | – |
| Bought | 7/10 | M | – |
| Sold | 7/10 | M | C |
| Bought | 7/11 | M | – |
| Sold | 7/11 | M | A |
| Bought | 7/12 | O | – |
| Sold | 7/13 | O | – |
| Bought | 7/13 | N | – |

| | | | |
|---|---|---|---|
| Sold | 7/14 | N | A |
| Bought | 7/26 | M | – |
| Sold | 7/26 | M | B |
| Bought | 8/3 | O | – |
| Partial Sold | 8/3 | O | – |
| Bought | 8/4 | O | – |
| Partial Sold | 8/4 | O | C |
| Bought | 8/9 | P1 | – |
| Partial Sold | 8/9 | O | C |
| Sold | 8/24 | O | E |
| Bought | 8/25 | N | – |
| Sold | 8/25 | N | – |
| Bought | 8/25 | M | – |
| Sold | 8/29 | M | – |
| Bought | 9/13 | O | – |
| Sold | 9/13 | O | C |
| Bought | 9/19 | M | – |
| Sold | 9/19 | M | B |
| Bought | 9/25 | P1 | – |
| Sold | 9/25 | P1 | D |
| Bought | 9/27 | P1 | – |
| Sold | 9/27 | P1 | – |
| Bought | 10/4 | O | – |
| Sold | 10/4 | O | B |
| Bought | 10/5 | N | – |
| Sold | 10/5 | N | A |
| Bought | 10/6 | N | – |
| Sold | 10/6 | N | – |
| Bought | 10/9 | O | – |
| Bought | 10/11 | O | – |
| Sold | 10/11-12 | P1 | E |
| Bought | 10/13 | P1 | – |
| Partial Sold | 10/13 | N | – |
| Bought | 10/16 | O | – |
| Partial Sold | 10/16 | P1 | – |
| Bought | 10/23 | P1 | – |
| Sold | 10/23 | P1 | – |
| Bought | 10/24 | P1 | – |
| Sold | 10/24 | P1 | B |
| Bought | 10/25 | O | – |
| Sold | 10/25 | O | A |
| Bought | 10/27 | M | – |
| Sold | 10/27 | M | – |

4

| | | | | | |
|---|---|---|---|---|---|
| Bought | 10/30 | O | – | | |
| Sold | 10/30 | O | A | | |
| Bought | 10/31 | N | – | | |
| Sold | 10/31 | N | – | | |
| Bought | 11/1 | M | – | | |
| Sold | 11/8 | M | – | | |
| Bought | 11/29 | N | – | | |
| Sold | 11/29 | N | A | | |
| Bought | 11/30 | M | – | | |
| Bought | 12/5 | N | – | | |
| Partial Sold | 12/5 | M | – | | |
| Bought | 12/12 | M | – | | |
| Partial Sold | 12/12 | N | – | | |
| Bought | 12/13 | O | – | | |
| Bought | 12/14 | O | – | | |
| Partial Sold' | 12/14 | O | B | | |
| Bought | 12/15 | N | – | | |
| Partial Sold | 12/15 | O | C | | |

Loral Common Stock (IRA)     –     None     [Became worthless during the year]

Analogue Devices
   Common Stock (IRA)     B     Dividends     L     T

CMGI Common Stock (IRA)     –     None     J     T

International Rectifier
   Common Stock (IRA)     –     None     L     T     Bought  7/7   M   –

                                                     Sold    7/7   M   –

Microsoft
   Common Stock (IRA)     B     Dividends     M     T     Bought       6/15   N    –
                                                          Partial Sold 6/15   M    A
                                                          Bought       6/21   L    –
                                                          Sold         6/21   M    B
                                                          Bought       6/28   N    –
                                                          Sold         6/28   N    B
                                                          Bought       6/29   P1   –
                                                          Sold         6/29   P1   –

Gateway
   Common Stock (IRA)     –     None     J     T

5

| A. Description | C. Income | | D. Value | | Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2) Type | (1) Code | (2) Method | (1) | (2) | (3) | (4) |
| Palm Inc. Common Stock (IRA) | – | None | J | T | | | | |
| Sun Microsystems Common Stock (IRA) | – | None | K | T | | | | |
| Cisco Common Stock | – | None | | | Partial Sold | 1/3 | L | A |
| | | | | | Sold | 2/1 | L | B |
| Maytag Common Stock | A | Dividend | | | Sold | 3/29 | M | E |
| | | | | | Bought | 3/30 | M | – |
| Maytag merged into Whirlpool in May | A | Dividend | K | T | Partial Sold | 3/30 | M | A |
| | | | | | (Merged into Whirlpool – May '06) | | | |
| Texas Instruments Common Stock | A | Dividend | | | Bought | 1/23 | M | – |
| | | | | | Bought | 1/24 | L | – |
| | | | | | Sold | 1/24 | M | A |
| | | | | | Bought | 7/24 | L | – |
| | | | | | Bought | 7/25 | M | – |
| | | | | | Partial Sold | 7/25 | M | – |
| | | | | | Bought | 7/26 | N | – |
| | | | | | Partial Sold | 7/26 | M | – |
| | | | | | Bought | 7/27 | N | – |
| | | | | | Sold | 7/27 | O | D |
| | | | | | Bought | 7/28 | M | – |
| | | | | | Sold | 7/28 | M | – |
| | | | | | Bought | 9/19 | N | – |
| | | | | | Sold | 9/19 | N | C |
| | | | | | Bought | 9/27 | P1 | – |
| | | | | | Sold | 9/27 | P1 | – |

| A. Description | C. Income | | D. Value | | Transactions During Year | | | |
|---|---|---|---|---|---|---|---|---|
| | (1) Amt | (2) Type | (1) Code | (2) Method | (1) | (2) | (3) | (4) |
| Advanced Micro Devices Common Stock | – | None | | | Bought | 4/20 | M | – |
| | | | | | Sold | 4/20 | M | – |
| | | | | | Bought | 10/3 | M | – |
| | | | | | Sold | 10/4 | M | D |
| | | | | | Bought | 10/5 | N | – |
| | | | | | Sold | 10/5 | N | A |
| | | | | | Bought | 10/6 | M | – |

6

| | | | | |
|---|---|---|---|---|
| | | Sold | 10/6 | M | – |

Amazon.com – None
Common Stock

| Transaction | Date | Col | Col |
|---|---|---|---|
| Bought | 1/3 | P1 | – |
| Partial Sold | 1/3 | P1 | C |
| Bought | 1/4 | M | – |
| Partial Sold | 1/4 | M | A |
| Sold | 1/5 | N | B |
| Bought | 1/6 | P1 | – |
| Sold | 1/6 | P1 | C |
| Bought | 1/10 | N | – |
| Sold | 1/10 | N | – |
| Bought | 1/11 | M | – |
| Sold | 1/11 | M | A |
| Bought | 2/22 | M | – |
| Bought | 2/23 | M | – |
| Partial Sold | 2/23 | M | A |
| Partial Sold | 2/24 | M | A |
| Sold | 3/3 | M | – |
| Bought | 3/6 | N | – |
| Partial Sold | 3/6 | M | A |
| Bought | 3/7 | L | – |
| Partial Sold | 3/7 | L | A |
| Bought | 3/14 | M | – |
| Sold | 3/14 | M | A |
| Bought | 3/15 | N | – |
| Sold | 3/15 | O | A |
| Bought | 3/17 | O | – |
| Bought | 3/24 | M | – |
| Sold | 3/24 | M | B |
| Bought | 3/29 | M | – |
| Sold | 3/29 | M | B |
| Bought | 4/10 | O | – |
| Sold | 4/10 | O | – |
| Bought | 4/21 | K | – |
| Bought | 4/27 | M | – |
| Partial Sold | 4/27 | M | – |
| Bought | 4/28 | M | – |
| Sold | 5/15 | M | – |
| Bought | 5/26 | M | – |
| Sold | 5/26 | M | B |
| Bought | 6/7 | O | – |
| Sold | 6/7 | O | B |
| Bought | 6/8 | N | – |

7

| Action | Date | | |
|---|---|---|---|
| Sold | 6/9 | N | C |
| Bought | 6/12 | O | – |
| Partial Sold | 6/12 | N | – |
| Bought | 6/13 | N | – |
| Partial Sold | 6/13 | N | B |
| Bought | 6/14 | M | – |
| Sold | 6/14 | O | B |
| Bought | 6/22 | M | – |
| Sold | 6/22 | M | – |
| Bought | 7/10 | J | – |
| Bought | 7/11 | O | – |
| Partial Sold | 7/11 | O | C |
| Sold | 7/25 | K | – |
| Bought | 7/26 | N | – |
| Partial Sold | 7/26 | M | A |
| Sold | 7/27 | M | B |
| Bought | 7/31 | M | – |
| Sold | 8/1 | M | – |
| Sold short | 9/1 | M | – |
| Bought | 9/6 | M | A |
| Bought | 9/11 | N | – |
| Partial Sold | 9/11 | M | C |
| Sold | 9/12 | M | C |
| Bought | 9/13 | O | – |
| Sold | 9/13 | O | B |
| Bought | 10/6 | O | – |
| Partial Sold | 10/6 | N | – |
| Partial Sold | 10/10-11 | N | B |
| Bought | 10/13 | N | – |
| Sold | 10/13 | N | B |
| Bought | 10/16 | N | – |
| Bought | 10/17 | N | – |
| Partial Sold | 10/17 | N | C |
| Sold | 10/19 | N | – |
| Bought | 10/25-26 | P1 | – |
| Sold | 10/25-26 | P1 | E |
| Bought | 10/27 | N | – |
| Sold | 10/27 | N | – |
| Bought | 10/30 | P1 | – |
| Partial Sold | 10/30 | P1 | – |
| Bought | 10/31 | N | – |
| Partial Sold | 10/31 | M | – |
| Bought | 11/2 | M | – |
| Partial Sold | 11.2 | M | A |

8

| | | | | |
|---|---|---|---|---|
| | Sold | 11/7 | N | D |
| | Bought | 11/8 | M | – |
| | Sold | 11/8 | M | A |
| | Bought | 12/1 | M | – |
| | Sold | 12/1 | M | A |
| | Bought | 12/27 | M | – |
| | Sold | 12/27 | M | A |
| Apple Computer    –    None Common Stock | Bought | 1/11 | O | – |
| | Partial Sold | 1/11 | N | A |
| | Bought | 1/12 | L | – |
| | Sold | 1/12 | N | A |
| | Bought | 1/23 | P1 | – |
| | Partial Sold | 1/23 | N | – |
| | Bought | 1/24 | P1 | – |
| | Sold | 1/24 | P1 | – |
| | Bought | 1/26 | P1 | – |
| | Sold | 1/26 | P1 | – |
| | Bought | 1/27 | M | – |
| | Sold | 1/27 | M | A |
| | Bought | 1/31 | M | – |
| | Sold | 1/31 | M | A |
| | Bought | 2/21 | P1 | – |
| | Partial Sold | 2/21 | P1 | A |
| | Bought | 2/22 | N | – |
| | Partial Sold | 2/22 | N | A |
| | Bought | 2/23 | M | – |
| | Sold | 2/23 | O | D |
| | Bought | 3/6 | N | – |
| | Partial Sold | 3/6 | M | B |
| | Bought | 3/7 | O | – |
| | Partial Sold | 3/7 | O | C |
| | Bought | 3/8 | O | – |
| | Sold | 3/8 | O | – |
| | Bought | 3/9 | O | – |
| | Partial Sold | 3/9 | N | A |
| | Bought | 3/10 | O | – |
| | Sold | 3/10 | P1 | – |
| | Bought | 3/15 | O | – |
| | Sold | 3/15 | O | – |
| | Bought | 3/16 | O | – |
| | Sold | 3/16 | O | A |
| | Bought | 3/17 | N | – |
| | Sold | 3/17 | N | A |

9

| | Transaction | Date | | |
|---|---|---|---|---|
| 324 | Bought | 3/21 | P1 | – |
| 325 | Partial Sold | 3/21 | P1 | – |
| 326 | Bought | 3/22 | P1 | – |
| 327 | Partial Sold | 3/22 | O | C |
| 328 | Bought | 3/23 | P1 | – |
| 329 | Sold | 3/23 | P1 | – |
| 330 | Bought | 3/24 | P1 | – |
| 331 | Sold | 3/24 | P1 | – |
| 332 | Bought | 3/27 | P1 | – |
| 333 | Partial Sold | 3/27 | P1 | D |
| 334 | Bought | 3/28 | P1 | – |
| 335 | Sold | 3/28 | P1 | D |
| 336 | Bought | 3/29 | O | – |
| 337 | Sold | 3/29 | P1 | – |
| 338 | Bought | 4/19 | N | – |
| 339 | Bought | 4/20 | O | – |
| 340 | Partial Sold | 4/20 | O | – |
| 341 | Bought | 4/25 | O | – |
| 342 | Partial Sold | 4/25 | N | – |
| 343 | Bought | 4/26 | O | – |
| 344 | Sold | 4/26 | P1 | – |
| 345 | Bought | 6/14 | L | – |
| 346 | Sold | 6/14 | L | A |
| 347 | Bought | 6/16 | O | – |
| 348 | Sold | 6/16 | O | – |
| 349 | Bought | 6/20 | N | – |
| 350 | Partial Sold | 6/20 | M | A |
| 351 | Bought | 6/21 | N | – |
| 352 | Sold | 6/21 | O | C |
| 353 | Bought | 7/7 | O | – |
| 354 | Sold | 7/7 | O | – |
| 355 | Bought | 7/10 | O | – |
| 356 | Sold | 7/10 | O | A |
| 357 | Bought | 7/11 | O | – |
| 358 | Partial Sold | 7/11 | N | A |
| 359 | Bought | 7/12 | N | – |
| 360 | Sold | 7/13 | O | – |
| 361 | Bought | 7/13 | M | – |
| 362 | Bought | 7/17 | N | – |
| 363 | Partial Sold | 7/18 | N | B |
| 364 | Bought | 7/19 | N | – |
| 365 | Partial Sold | 7/19 | M | A |
| 366 | Bought | 7/21 | O | – |
| 367 | Partial Sold | 7/21 | O | B |

| | | | | |
|---|---|---|---|---|
| | Bought | 7/24 | P1 | — |
| | Partial Sold | 7/24 | P1 | E |
| | Bought | 7/25 | P1 | — |
| | Sold | 7/25 | P1 | E |
| | Bought | 7/26 | P1 | — |
| | Sold | 7/26 | P1 | D |
| | Bought | 7/27 | O | — |
| | Sold | 7/27 | O | B |
| | Bought | 9/11 | P1 | — |
| | Partial Sold | 9/11 | O | D |
| | Bought | 9/12 | P1 | — |
| | Partial Sold | 9/12 | P1 | — |
| | Bought | 9/13 | N | — |
| | Sold | 9/13 | P1 | E |
| | Bought | 10/6 | P1 | — |
| | Sold | 10/6 | P1 | A |
| | Bought | 10/19 | O | — |
| | Sold | 10/19 | O | — |
| | Bought | 10/20 | P1 | — |
| | Sold | 10/20 | P1 | C |
| Ebay Common Stock — None | Bought | 1/3 | P1 | — |
| | Partial Sold | 1/3 | P1 | D |
| | Bought | 1/4 | N | — |
| | Partial Sold | 1/4 | N | B |
| | Bought | 1/6 | M | — |
| | Sold | 1/6 | M | A |
| | Bought | 1/10 | N | — |
| | Sold | 1/10 | N | — |
| | Bought | 1/17 | M | — |
| | Sold | 1/17 | M | A |
| | Bought | 1/18 | M | — |
| | Sold | 1/18 | M | — |
| | Bought | 2/22 | M | — |
| | Sold | 2/22 | M | — |
| | Bought | 2/23 | O | — |
| | Partial Sold | 2/23 | M | A |
| | Bought | 2/27 | M | — |
| | Sold | 2/27 | O | — |
| | Bought | 2/28 | P1 | — |
| | Sold | 2/28 | P1 | C |
| | Bought | 3/1 | O | — |
| | Partial Sold | 3/1 | N | A |

| | | | |
|---|---|---|---|
| Bought | 3/2 | N | – |
| Sold | 3/2 | O | C |
| Bought | 3/14 | M | – |
| Sold | 3/14 | M | A |
| Bought | 3/15 | N | – |
| Sold | 3/15 | N | B |
| Bought | 3/16 | O | – |
| Sold | 3/17 | O | – |
| Bought | 3/20 | O | – |
| Partial Sold | 3/20 | O | B |
| Bought | 3/21 | O | – |
| Partial Sold | 3/21 | O | B |
| Bought | 3/22 | O | – |
| Partial Sold | 3/22 | N | – |
| Bought | 3/23 | N | – |
| Sold | 3/23 | O | – |
| Bought | 3/24 | M | – |
| Sold | 3/24 | M | B |
| Bought | 3/27 | M | – |
| Sold | 3/27 | M | B |
| Bought | 3/28 | N | – |
| Sold | 3/28 | N | A |
| Bought | 3/29 | M | – |
| Sold | 3/29 | M | A |
| Bought | 4/6 | P1 | – |
| Partial Sold | 4/6 | N | B |
| Sold | 4/7 | P1 | – |
| Bought | 4/10 | P1 | – |
| Sold | 4/10 | P1 | C |
| Bought | 4/21 | M | – |
| Bought | 4/27 | M | – |
| Partial Sold | 4/27 | M | C |
| Bought | 4/28 | M | – |
| Bought | 5/5 | M | – |
| Sold | 5/10 | O | – |
| Bought | 5/26 | M | – |
| Sold | 5/26 | M | A |
| Bought | 6/7 | N | – |
| Sold | 6/7 | N | – |
| Bought | 6/8 | O | – |
| Partial Sold | 6/8 | O | – |
| Bought | 6/9 | M | – |
| Sold | 6/9 | N | – |
| Bought | 6/12 | O | – |

| | | | | |
|---|---|---|---|---|
| 454 | Partial Sold | 6/12 | M | – |
| 455 | Bought | 6/13 | O | – |
| 456 | Partial Sold | 6/13 | O | – |
| 457 | Bought | 6/14 | O | – |
| 458 | Sold | 6/14 | P1 | D |
| 459 | Bought | 6/15 | N | – |
| 460 | Sold | 6/15 | N | C |
| 461 | Bought | 6/16 | N | – |
| 462 | Sold | 6/16 | N | – |
| 463 | Bought | 6/19 | N | – |
| 464 | Sold | 6/19 | N | A |
| 465 | Bought | 6/21 | M | – |
| 466 | Sold | 6/21 | M | A |
| 467 | Bought | 6/22 | N | – |
| 468 | Sold | 6/22 | N | – |
| 469 | Bought | 6/23 | O | – |
| 470 | Partial Sold | 6/23 | N | – |
| 471 | Bought | 6/26 | N | – |
| 472 | Partial Sold | 6/26 | N | – |
| 473 | Bought | 6/29 | P1 | – |
| 474 | Sold | 6/29 | P1 | – |
| 475 | Bought | 6/30 | N | – |
| 476 | Sold | 6/30 | N | – |
| 477 | Bought | 7/3 | N | – |
| 478 | Bought | 7/5 | P1 | – |
| 479 | Partial Sold | 7/5 | P1 | – |
| 480 | Bought | 7/7 | N | – |
| 481 | Sold | 7/7 | O | – |
| 482 | Bought | 7/24 | P1 | – |
| 483 | Partial Sold | 7/24 | P1 | C |
| 484 | Bought | 7/25 | P1 | – |
| 485 | Partial Sold | 7/25 | P1 | C |
| 486 | Bought | 7/26 | N | – |
| 487 | Partial Sold | 7/26 | N | B |
| 488 | Bought | 7/28 | N | – |
| 489 | Partial Sold | 7/28 | O | – |
| 490 | Bought | 7/31 | M | – |
| 491 | Partial Sold | 7/31 | M | B |
| 492 | Bought | 8/1 | N | – |
| 493 | Sold | 8/1 | N | – |
| 494 | Bought | 8/4 | N | – |
| 495 | Sold | 8/4 | N | A |
| 496 | Bought | 8/11 | N | – |
| 497 | Sold | 8/11 | N | A |

13

| | | | |
|---|---|---|---|
| Bought | 8/28 | M | – |
| Sold | 8/28 | M | A |
| Bought | 8/31 | M | – |
| Sold | 8/31 | M | A |
| Bought | 9/6 | M | – |
| Sold | 9/6 | M | A |
| Bought | 9/11 | N | – |
| Partial Sold | 9/11 | M | A |
| Sold | 9/12 | M | A |
| Bought | 10/6 | P1 | – |
| Partial Sold | 10/6 | P1 | – |
| Bought | 10/10 | O | – |
| Sold | 10/10 | P1 | -- |
| Bought | 10/11 | P1 | – |
| Sold | 10/11 | P1 | – |
| Bought | 10/12 | M | – |
| Sold | 10/12 | M | – |
| Bought | 10/16 | N | – |
| Sold | 10/16 | N | – |
| Bought | 10/17 | O | – |
| Sold | 10/17 | O | C |
| Bought | 10/26 | P1 | – |
| Sold | 10/26 | P1 | C |
| Bought | 10/27 | N | – |
| Sold | 10/27 | N | – |
| Bought | 10/30 | M | – |
| Sold | 10/30 | M | – |
| Bought | 10/31 | M | – |
| Bought | 11/1 | M | – |
| Partial Sold | 11/1 | M | A |
| Bought | 11/2 | L | – |
| Sold | 11/2 | M | C |
| Bought | 11/6 | N | – |
| Sold | 11/6 | N | A |
| Bought | 11/7 | O | – |
| Sold | 11/7-8 | O | – |
| Bought | 12/1 | M | – |
| Sold | 12/1 | M | A |
| Bought | 12/14 | M | – |
| Sold | 12/14 | M | B |
| Bought | 12/27 | P1 | – |
| Sold | 12/27 | P1 | B |

| Google Common Stock | – | None | | | | |
|---|---|---|---|---|---|---|
| | | Bought | 1/3 | P1 | – |
| | | Partial Sold | 1/3 | P1 | D |
| | | Bought | 1/4 | O | – |
| | | Partial Sale | 1/4 | O | C |
| | | Bought | 1/5 | P1 | – |
| | | Partial Sold | 1/5 | P1 | D |
| | | Bought | 1/6 | N | – |
| | | Partial Sold | 1/6 | N | A |
| | | Bought | 1/9 | P1 | – |
| | | Partial Sold | 1/9 | P1 | E |
| | | Bought | 1/10 | P1 | – |
| | | Sold | 1/10 | P1 | A |
| | | Bought | 1/11 | P1 | – |
| | | Partial Sold | 1/11 | P1 | C |
| | | Bought | 1/12 | P1 | – |
| | | Partial Sold | 1/12 | P1 | – |
| | | Bought | 1/13 | P1 | – |
| | | Sold | 1/13 | P1 | – |
| | | Bought | 1/18 | N | – |
| | | Partial Sold | 1/18 | M | – |
| | | Bought | 1/19 | P1 | – |
| | | Partial Sold | 1/19 | P1 | – |
| | | Bought | 1/23 | P2 | – |
| | | Sold | 1/23 | P2 | – |
| | | Bought | 1/24 | P1 | – |
| | | Sold | 1/24 | P1 | D |
| | | Bought | 1/25 | N | – |
| | | Bought | 1/26 | P1 | – |
| | | Partial Sold | 1/26 | P1 | D |
| | | Bought | 1/27 | P1 | – |
| | | Partial Sold | 1/27 | P1 | D |
| | | Bought | 1/31 | P1 | – |
| | | Sold | 1/31 | P1 | – |
| | | Bought | 2/21 | P1 | – |
| | | Partial Sold | 2/21 | O | B |
| | | Bought | 2/22 | O | – |
| | | Bought | 2/23 | P1 | – |
| | | Sold | 2/23 | P1 | D |
| | | Bought | 2/28 | P1 | – |
| | | Partial Sold | 2/28 | P1 | D |
| | | Bought | 3/1 | O | – |
| | | Partial Sold | 3/1 | P1 | D |
| | | Bought | 3/2 | P1 | – |
| | | Partial Sold | 3/2 | P1 | D |

15

| | | | |
|---|---|---|---|
| Bought | 3/3 | O | – |
| Bought | 3/6 | P1 | – |
| Partial Sold | 3/6 | P1 | – |
| Sold | 3/7 | N | – |
| Bought | 3/7 | P1 | – |
| Bought | 3/8 | P1 | – |
| Partial Sold | 3/8 | P1 | D |
| Bought | 3/9 | O | – |
| Partial Sold | 3/9 | P1 | – |
| Bought | 3/10 | P1 | – |
| Sold | 3/10 | P1 | – |
| Bought | 3/14 | P1 | – |
| Partial Sold | 3/14 | P1 | D |
| Bought | 3/15 | P1 | – |
| Partial Sold | 3/15 | P1 | A |
| Bought | 3/16 | P1 | – |
| Partial Sold | 3/16 | N | A |
| Partial Sold | 3/17 | N | A |
| Bought | 3/20 | O | – |
| Partial Sold | 3/20 | P1 | D |
| Bought | 3/21 | P1 | – |
| Partial Sold | 3/21 | P1 | – |
| Bought | 3/22 | P1 | – |
| Sold | 3/22 | P1 | D |
| Bought | 3/23 | P2 | – |
| Sold | 3/23 | P2 | E |
| Bought | 3/24 | N | – |
| Bought | 3/27 | O | – |
| Sold | 3/27 | O | B |
| Bought | 3/28 | M | – |
| Sold | 3/28 | M | B |
| Bought | 3/29 | P1 | – |
| Partial Sold | 3/29 | P1 | – |
| Partial Sold | 3/30 | M | – |
| Bought | 3/31 | N | – |
| Partial Sold | 3/31 | N | B |
| Bought | 4/5 | N | – |
| Partial Sold | 4/5 | N | B |
| Bought | 4/7 | O | – |
| Partial Sold | 4/7 | P1 | E |
| Bought | 4/10 | P1 | – |
| Sold | 4/10 | P1 | D |
| Bought | 4/11 | P1 | – |
| Partial Sold | 4/11 | O | B |

16

| | | | |
|---|---|---|---|
| Bought | 4/13 | P1 | – |
| Partial Sold | 4/13 | N | – |
| Partial Sold | 4/17 | M | – |
| Bought | 4/18 | P1 | – |
| Partial Sold | 4/18 | P1 | D |
| Bought | 4/19 | P1 | – |
| Partial Sold | 4/19 | O | A |
| Bought | 4/20 | O | – |
| Partial Sold | 4/20 | P1 | E |
| Bought | 4/21 | P1 | – |
| Partial Sold | 4/21 | P1 | E |
| Bought | 4/24 | P1 | – |
| Partial Sold | 4/24 | P1 | A |
| Bought | 4/25 | P1 | – |
| Partial Sold | 4/25 | P1 | – |
| Bought | 4/27 | P1 | – |
| Bought | 5/3 | O | – |
| Partial Sold | 5/3 | P1 | – |
| Bought | 5/4 | P1 | – |
| Partial Sold | 5/4 | N | – |
| Bought | 5/5 | O | – |
| Partial Sold | 5/5 | P1 | D |
| Bought | 5/10 | P1 | – |
| Partial Sold | 5/10 | O | – |
| Bought | 5/11 | P1 | – |
| Partial Sold | 5/11 | P1 | – |
| Bought | 5/12 | L | – |
| Partial Sold | 5/12 | N | – |
| Partial Sold | 5/15 | N | – |
| Bought | 5/16 | O | – |
| Partial Sold | 5/16 | L | A |
| Partial Sold | 5/17 | O | A |
| Bought | 5/22 | N | – |
| Bought | 5/23 | O | – |
| Partial Sold | 5/23 | N | C |
| Bought | 5/24 | M | – |
| Partial Sold | 5/24 | N | C |
| Bought | 5/25 | P1 | – |
| Partial Sold | 5/25 | P1 | E |
| Bought | 5/26 | N | – |
| Sold | 5/26 | N | A |
| Bought | 5/31 | N | – |
| Sold | 5/31 | N | B |
| Bought | 6/6 | P1 | – |

| No. | Action | Date | | |
| --- | --- | --- | --- | --- |
| 673 | Sold | 6/6 | P1 | – |
| 674 | Bought | 6/7 | N | – |
| 675 | Sold | 6/8 | N | B |
| 676 | Bought | 6/12 | P1 | – |
| 677 | Sold | 6/12-13 | P1 | D |
| 678 | Bought | 6/14 | O | – |
| 679 | Sold | 6/14 | O | C |
| 680 | Bought | 6/23 | N | – |
| 681 | Sold | 6/23 | N | A |
| 682 | Bought | 6/28 | N | – |
| 683 | Sold | 6/28 | N | A |
| 684 | Bought | 7/5 | N | – |
| 685 | Sold | 7/5 | N | A |
| 686 | Bought | 7/10 | O | – |
| 687 | Partial Sold | 7/10 | N | A |
| 688 | Bought | 7/11 | P1 | – |
| 689 | Sold | 7/11 | P1 | D |
| 690 | Bought | 7/12 | P1 | – |
| 691 | Bought | 7/13 | M | – |
| 692 | Partial Sold | 7/13 | P1 | – |
| 693 | Bought | 7/18 | N | – |
| 694 | Partial Sold | 7/18 | N | – |
| 695 | Bought | 7/21 | P1 | – |
| 696 | Partial Sold | 7/21 | P1 | E |
| 697 | Bought | 7/24 | P1 | – |
| 698 | Partial Sold | 7/24 | P1 | D |
| 699 | Bought | 7/25 | N | – |
| 700 | Partial Sold | 7/25 | N | A |
| 701 | Bought | 7/26 | P1 | – |
| 702 | Partial Sold | 7/26 | P1 | D |
| 703 | Bought | 7/27 | O | – |
| 704 | Partial Sold | 7/27 | O | B |
| 705 | Bought | 7/31 | P1 | – |
| 706 | Partial Sold | 7/31 | P1 | D |
| 707 | Bought | 8/1 | P1 | – |
| 708 | Sold | 8/1 | P1 | – |
| 709 | Bought | 8/2 | P1 | – |
| 710 | Sold | 8/2 | P1 | – |
| 711 | Bought | 8/3 | O | – |
| 712 | Sold | 8/3 | O | D |
| 713 | Bought | 8/11 | P1 | – |
| 714 | Partial Sold | 8/11 | O | – |
| 715 | Bought | 8/22 | N | – |
| 716 | Partial Sold | 8/22 | N | B |

| | | | |
|---|---|---|---|
| Bought | 8/23 | P1 | – |
| Bought | 8/24 | N | – |
| Partial Sold | 8/25 | P1 | B |
| Sold | 8/28 | M | D |
| Bought | 8/29 | P1 | – |
| Partial Sold | 8/29 | O | – |
| Bought | 8/30 | P1 | – |
| Partial Sold | 8/30 | P1 | – |
| Bought | 8/31 | P1 | – |
| Partial Sold | 8/31 | N | – |
| Bought | 9/5 | N | – |
| Partial Sold | 9/5 | O | D |
| Bought | 9/5 | N | – |
| Partial Sold | 9/5 | O | C |
| Bought | 9/6 | N | – |
| Partial Sold | 9/6 | O | C |
| Bought | 9/11 | O | – |
| Sold | 9/11 | P1 | D |
| Bought | 10/5 | N | – |
| Bought | 10/6 | N | – |
| Sold | 10/6 | O | B |
| Bought | 10/10 | P1 | – |
| Sold | 10/10 | P1 | B |
| Bought | 10/11-12 | P1 | – |
| Sold | 10/12-13 | P1 | C |
| Bought | 10/16-18 | P1 | – |
| Sold | 10/16-18 | P1 | – |
| Bought | 10/19 | N | – |
| Sold | 10/19 | N | B |
| Bought | 10/20 | O | – |
| Sold | 10/20 | O | C |
| Bought | 10/23-24 | P1 | – |
| Sold | 10/23-25 | P1 | D |
| Bought | 10/25 | N | – |
| Bought | 10/26 | N | – |
| Bought | 10/27 | P1 | – |
| Partial Sold | 10/27 | P1 | – |
| Bought | 10/30 | O | – |
| Partial Sold | 10/30 | O | – |
| Sold | 10/31 | O | – |
| Bought | 11/1 | O | – |
| Sold | 11/1 | O | – |
| Bought | 11/2 | P1 | – |
| Partial Sold | 11/2 | P1 | – |

| | | | | | | Bought | 11/3 | M | – |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Partial Sold | 11/3 | M | B |
| | | | | | | Bought | 11/6 | O | – |
| | | | | | | Partial Sold | 11/6 | O | B |
| | | | | | | Bought | 11/7 | P1 | – |
| | | | | | | Bought | 11/8 | P1 | – |
| | | | | | | Partial Sold | 11/8 | P1 | – |
| | | | | | | Bought | 11/29 | N | – |
| | | | | | | Sold | 11/29 | P1 | A |
| | | | | | | Bought | 11/30 | P1 | – |
| | | | | | | Partial Sold | 11/30 | P1 | – |
| | | | | | | Bought | 12/1 | O | – |
| | | | | | | Partial Sold | 12/1 | O | B |
| | | | | | | Bought | 12/5 | N | – |
| | | | | | | Bought | 12/1 | O | – |
| | | | | | | Partial Sold | 12/7 | P1 | – |
| | | | | | | Sold | 12/7 | O | D |
| | | | | | | Bought | 12/11 | N | – |
| | | | | | | Partial Sold | 12/11 | M | – |
| | | | | | | Bought | 12/12 | O | – |
| | | | | | | Partial Sold | 12/12 | P1 | – |
| | | | | | | Bought | 12/13 | O | – |
| | | | | | | Partial Sold | 12/13 | O | – |
| | | | | | | Bought | 12/14 | P1 | – |
| | | | | | | Partial Sold | 12/14 | P1 | B |
| | | | | | | Sold | 12/15 | P1 | – |
| | | | | | | Bought | 12/18 | M | – |
| | | | | | | Partial Sold | 12/18 | L | A |
| | | | | | | Sold | 12/19 | M | B |
| | | | | | | Bought | 12/21 | P1 | – |
| | | | | | | Sold | 12/21 | P1 | D |
| | | | | | | Bought | 12/22 | P1 | – |
| | | | | | | Sold | 12/22 | P1 | B |
| | | | | | | Bought | 12/28 | M | – |
| | | | | | | Sold | 12/28 | M | A |
| Home Depot | – | None | | | | Bought | 2/27 | N | – |
| Common Stock | | | | | | Sold | 2/27 | N | – |
| HPQ | – | None | M | T | | Bought | 9/12 | N | – |
| Common Stock | | | | | | Partial Sold | 10/6 | M | B |
| | | | | | | Sold | 10/10-11 | M | C |
| | | | | | | Bought | 10/20 | N | – |

| Security | | | Transaction | Date | | |
|---|---|---|---|---|---|---|
| | | | Partial Sold | 10/20 | M | A |
| | | | Bought | 10/24 | M | – |
| | | | Sold | 10/24 | N | B |
| | | | Bought | 10/25 | N | – |
| | | | Sold | 10/30 | N | – |
| | | | Bought | 10/31 | N | – |
| | | | Sold | 10/31 | N | A |
| | | | Bought | 11/2 | N | – |
| | | | Sold | 11/2 | N | A |
| | | | Bought | 11/6 | N | – |
| | | | Sold | 11/6 | N | C |
| | | | Bought | 11/7 | M | – |
| | | | Bought | 11/8 | N | – |
| | | | Partial Sold | 11/8 | N | A |
| IBM Common Stock | – | None | Bought | 9/19 | O | – |
| | | | Partial Sold | 9/19 | N | A |
| | | | Sold | 9/25 | M | A |
| | | | Bought | 10/19 | O | – |
| | | | Sold | 10/19 | O | – |
| Micron Technology Common Stock | – | None | Bought | 1/3 | L | – |
| | | | Sold | 1/3 | L | A |
| National Oilwell Common Stock | – | None | Bought | 4/10 | L | – |
| | | | Sold | 4/10 | L | A |
| | | | Bought | 4/11 | L | – |
| | | | Sold | 4/11 | L | A |
| | | | Bought | 4/17 | M | – |
| | | | Partial Sold | 4/17 | L | A |
| | | | Bought | 4/18 | M | – |
| | | | Partial Sold | 4/18 | M | – |
| | | | Bought | 4/19 | N | – |
| | | | Partial Sold | 4/19 | N | C |
| | | | Bought | 4/20 | O | – |
| | | | Sold | 4/20 | O | – |
| | | | Bought | 4/21 | L | – |
| | | | Bought | 4/24 | N | – |
| | | | Sold | 4/24 | N | A |
| | | | Bought | 4/25 | M | – |
| | | | Sold | 4/25 | M | – |
| | | | Bought | 4/27 | L | – |
| | | | Sold | 4/28 | L | B |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Portal Player, Inc. Common Stock | – | None | | Bought | 1/10 | L | -- |
| | | | | Sold | 1/11 | L | A |
| Rambus Common Stock | – | None | | Bought | 1/4 | M | – |
| | | | | Sold | 1/4 | M | A |
| | | | | Bought | 1/5 | N | – |
| | | | | Sold | 1/5 | N | – |
| | | | | Bought | 1/6 | L | – |
| | | | | Sold | 1/6 | L | A |
| | | | | Bought | 2/23 | L | – |
| | | | | Sold | 2/23 | L | B |
| | | | | Bought | 7/6 | M | – |
| | | | | Sold | 7/7 | M | – |
| | | | | Bought | 7/11 | M | – |
| | | | | Sold | 7/11 | M | C |
| | | | | Bought | 7/12 | M | – |
| | | | | Sold | 7/13 | M | – |
| Research-In-Motion Common Stock | – | None | | Bought | 1/9 | M | – |
| | | | | Sold | 1/9 | M | – |
| | | | | Bought | 2/24 | N | – |
| | | | | Sold | 2/24 | N | – |
| | | | | Bought | 2/27 | O | – |
| | | | | Sold | 2/27 | O | – |
| | | | | Bought | 3/3 | L | – |
| | | | | Sold | 3/3 | L | – |
| | | | | Bought | 3/6 | L | – |
| | | | | Sold | 3/6 | L | A |
| | | | | Bought | 3/8 | O | – |
| | | | | Partial Sold | 3/8 | M | – |
| | | | | Sold | 3/10 | N | C |
| | | | | Bought | 3/16 | N | – |
| | | | | Sold | 3/17 | N | B |
| | | | | Bought | 4/6 | L | -- |
| | | | | Sold | 4/6 | L | A |
| | | | | Bought | 6/15 | L | – |
| | | | | Sold | 6/15 | L | B |
| | | | | Bought | 10/19 | M | – |
| | | | | Sold | 10/23 | M | C |
| | | | | Bought | 12/22 | O | – |
| | | | | Partial Sold | 12/22 | O | – |
| | | | | Bought | 12/26 | M | – |
| | | | | Sold | 12/26 | M | – |
| | | | | Bought | 12/27 | O | – |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | Sold | 12/27-28 | O | A |
| Valero | – | None | | | Bought | 4/13 | O | – |
| Common Stock | | | | | Sold | 4/13 | O | B |
| | | | | | Bought | 4/17 | N | – |
| | | | | | Partial Sold | 4/17 | M | A |
| | | | | | Bought | 4/18 | O | – |
| | | | | | Partial Sold | 4/18 | N | – |
| | | | | | Bought | 4/19 | N | – |
| | | | | | Sold | 4/19 | O | CD |
| | | | | | Bought | 4/20 | P1 | – |
| | | | | | Partial Sold | 4/20 | O | – |
| | | | | | Bought | 4/21 | N | – |
| | | | | | Partial Sold | 4/21 | N | B |
| | | | | | Bought | 4/24 | P1 | – |
| | | | | | Partial Sold | 4/24 | P1 | C |
| | | | | | Bought | 4/25 | M | – |
| | | | | | Sold | 4/25 | O | D |
| | | | | | Bought | 4/26 | O | – |
| | | | | | Sold | 4/27 | O | – |
| | | | | | Bought | 4/28 | M | – |
| | | | | | Sold | 5/4 | M | – |
| | | | | | Bought | 6/6 | N | – |
| | | | | | Partial Sold | 6/6 | M | – |
| | | | | | Sold | 6/26 | L | B |
| Yahoo | – | None | M | T | Bought | 1/3 | P1 | – |
| Common Stock | | | | | Sold | 1/3 | P1 | E |
| | | | | | Bought | 1/4 | P1 | – |
| | | | | | Partial Sold | 1/4 | P1 | – |
| | | | | | Bought | 1/5 | M | – |
| | | | | | Partial Sold | 1/5 | M | A |
| | | | | | Bought | 1/6 | P1 | – |
| | | | | | Sold | 1/6 | P1 | D |
| | | | | | Bought | 1/9 | P1 | – |
| | | | | | Sold | 1/9 | P1 | B |
| | | | | | Bought | 1/10 | P1 | – |
| | | | | | Sold | 1/10 | P1 | C |
| | | | | | Bought | 1/17 | O | – |
| | | | | | Sold | 1/18 | O | C |
| | | | | | Bought | 1/24 | P1 | – |
| | | | | | Sold | 1/24 | P1 | – |
| | | | | | Bought | 1/26 | M | – |
| | | | | | Sold | 1/26 | M | A |

23

| | | | |
|---|---|---|---|
| Bought | 1/27 | P1 | – |
| Partial Sold | 1/26 | O | B |
| Bought | 1/31 | N | – |
| Partial Sold | 1/31 | O | – |
| Bought | 2/13 | N | – |
| Partial Sold | 2/13 | J | – |
| Sold | 2/22 | N | C |
| Bought | 2/23 | P1 | – |
| Partial Sold | 2/23 | O | A |
| Partial Sold | 2/27 | M | – |
| Bought | 2/28 | N | – |
| Sold | 2/28 | O | – |
| Bought | 3/1 | N | – |
| Sold | 3/1 | N | A |
| Bought | 3/2 | O | – |
| Bought | 3/6 | M | – |
| Sold | 3/6 | O | – |
| Bought | 3/7 | O | – |
| Bought | 3/8 | N | – |
| Partial Sold | 3/8 | N | – |
| Sold | 3/9 | N | – |
| Bought | 3/9 | M | – |
| Bought | 3/10 | N | – |
| Sold | 3/10 | O | B |
| Bought | 3/14 | P1 | – |
| Sold | 3/14 | P1 | D |
| Bought | 3/15 | N | – |
| Partial Sold | 3/15 | L | – |
| Bought | 3/16 | O | – |
| Partial Sold | 3/16 | N | A |
| Bought | 3/17 | P1 | – |
| Partial Sold | 3/17 | P1 | – |
| Bought | 3/22 | N | – |
| Partial Sold | 3/22 | O | D |
| Bought | 3/23 | P1 | – |
| Sold | 3/23 | P1 | D |
| Bought | 3/24 | P1 | – |
| Partial Sold | 3/24 | P1 | A |
| Bought | 3/28 | P1 | – |
| Partial Sold | 3/28 | P1 | C |
| Bought | 3/29 | P1 | – |
| Partial Sold | 3/29 | P1 | – |
| Bought | 3/31 | N | – |
| Partial Sold | 3/31 | N | B |

924
925
926
927
928
929
930
931
932
933
934
935
936
937
938
939
940
941
942
943
944
945
946
947
948
949
950
951
952
953
954
955
956
957
958
959
960
961
962
963
964
965
966
967

| | | | |
|---|---|---|---|
| Bought | 4/5 | P1 | – |
| Partial Sold | 4/5 | P1 | B |
| Bought | 4/6 | N | – |
| Partial Sold | 4/6 | O | D |
| Bought | 4/7 | O | – |
| Sold | 4/7 | P1 | – |
| Bought | 4/10 | O | – |
| Bought | 4/11 | N | – |
| Partial Sold | 4/11 | N | A |
| Bought | 4/18 | N | – |
| Partial Sold | 4/18 | N | B |
| Sold | 4/20 | O | D |
| Bought | 4/20 | O | – |
| Bought | 4/28 | M | – |
| Partial Sold | 4/28 | M | A |
| Bought | 5/3 | P1 | – |
| Partial Sold | 5/3 | P1 | – |
| Bought | 5/5 | M | – |
| Partial Sold | 5/5 | P1 | – |
| Bought | 5/9 | P1 | – |
| Bought | 5/11 | P1 | – |
| Partial Sold | 5/11 | P1 | – |
| Partial Sold | 5/12 | M | – |
| Bought | 5/17 | O | – |
| Sold | 5/18 | O | – |
| Bought | 5/22 | O | – |
| Partial Sold | 5/22 | L | A |
| Bought | 5/23 | N | – |
| Partial Sold | 5/23 | N | C |
| Bought | 5/25 | P1 | – |
| Partial Sold | 5/25 | P1 | – |
| Bought | 5/26 | N | – |
| Sold | 5/26 | P1 | E |
| Bought | 5/31 | N | – |
| Sold | 6/1 | N | B |
| Bought | 6/2 | N | – |
| Bought | 6/6 | M | – |
| Bought | 6/6 | P1 | – |
| Partial Sold | 6/6 | P1 | – |
| Bought | 6/7 | O | – |
| Bought | 6/8 | N | – |
| Partial Sold | 6/8 | N | B |
| Sold | 6/9 | P1 | – |
| Bought | 6/12 | P1 | – |

25

| | | | |
|---|---|---|---|
| 1012 | | | |
| 1013 | Partial Sold | 6/12 | P1 – |
| 1014 | Partial Sold | 6/15 | P1 A |
| 1015 | Bought | 6/16 | M – |
| 1016 | Partial Sold | 6/16 | N C |
| 1017 | Bought | 6/19 | M – |
| 1018 | Partial Sold | 6/19 | M B |
| 1019 | Partial Sold | 6/20 | O D |
| 1020 | Bought | 6/21 | O – |
| 1021 | Sold | 6/21 | P1 C |
| 1022 | Bought | 6/22 | P1 – |
| 1023 | Sold | 6/22 | P1 – |
| 1024 | Bought | 6/26 | O – |
| 1025 | Sold | 6/26 | O B |
| 1026 | Bought | 6/28 | P1 – |
| 1027 | Sold | 6/28 | P1 – |
| 1028 | Bought | 6/29 | P1 – |
| 1029 | Partial Sold | 6/29 | P1 D |
| 1030 | Sold | 6/30 | M A |
| 1031 | Bought | 6/30 | O – |
| 1032 | Bought | 7/5 | N – |
| 1033 | Sold | 7/5 | O – |
| 1034 | Sold | 7/7 | P1 – |
| 1035 | Bought | 7/7 | P1 – |
| 1036 | Bought | 7/11 | N – |
| 1037 | Sold | 7/11 | N B |
| 1038 | Bought | 7/17 | P1 – |
| 1039 | Partial Sold | 7/18 | P1 – |
| 1040 | Sold | 7/19 | M – |
| 1041 | Bought | 7/21 | M – |
| 1042 | Sold | 7/21 | M A |
| 1043 | Bought | 7/24 | P1 – |
| 1044 | Sold | 7/24 | P1 D |
| 1045 | Bought | 7/25 | M – |
| 1046 | Sold | 7/25 | M A |
| 1047 | Bought | 7/27 | O – |
| 1048 | Partial Sold | 7/27 | O – |
| 1049 | Bought | 7/31 | M – |
| 1050 | Partial Sold | 7/31 | M – |
| 1051 | Sold | 8/1 | L – |
| 1052 | Bought | 8/2 | O – |
| 1053 | Sold | 8/2 | O – |
| 1054 | Bought | 8/3 | O – |
| 1055 | Sold | 8/3 | O C |
| | Bought | 8/22 | O – |

| | | | |
|---|---|---|---|
| Sold | 8/22 | O | B |
| Bought | 8/23 | M | – |
| Bought | 8/24 | M | – |
| Sold | 8/24 | N | A |
| Bought | 8/28 | P1 | – |
| Partial Sold | 8/28 | M | – |
| Bought | 8/29 | O | – |
| Sold | 8/29 | P1 | – |
| Bought | 8/30 | P1 | – |
| Sold | 8/30 | P1 | D |
| Bought | 8/31 | P1 | – |
| Partial Sold | 8/31 | O | C |
| Bought | 9/1 | N | – |
| Sold | 9/1 | P1 | E |
| Bought | 9/5 | O | – |
| Bought | 9/6 | N | – |
| Sold | 9/6 | P1 | – |
| Bought | 9/11 | N | – |
| Sold | 9/11 | N | A |
| Bought | 9/25 | O | – |
| Sold | 9/27 | O | – |
| Bought | 10/4 | P1 | – |
| Partial Sold | 10/4 | N | B |
| Bought | 10/5 | N | – |
| Partial Sold | 10/5 | O | C |
| Bought | 10/6 | P1 | – |
| Sold | 10/6 | P1 | D |
| Bought | 10/9 | N | – |
| Sold | 10/10 | N | – |
| Bought | 10/11 | O | – |
| Sold | 10/11 | O | – |
| Bought | 10/12 | N | – |
| Sold | 10/12-13 | N | – |
| Bought | 10/16 | N | – |
| Sold | 10/16 | N | – |
| Bought | 10/17 | K | – |
| Sold | 10/17 | K | A |
| Bought | 10/18 | N | – |
| Sold | 10/19 | N | – |
| Bought | 10/20 | O | – |
| Sold | 10/20 | O | C |
| Bought | 10/23 | O | – |
| Sold | 10/23 | O | B |
| Bought | 10/24 | P1 | – |

| | | | |
|---|---|---|---|
| Sold | 10/24 | P1 | C |
| Bought | 10/25 | P1 | – |
| Sold | 10/25 | P1 | C |
| Bought | 10/26 | P1 | – |
| Sold | 10/26 | P1 | D |
| Bought | 10/27 | N | – |
| Sold | 10/27 | N | A |
| Bought | 10/30 | O | – |
| Sold | 10/30 | O | – |
| Bought | 10/31 | O | – |
| Sold | 10/31 | O | – |
| Bought | 11/1-2 | P1 | – |
| Sold | 11/1-2 | P1 | – |
| Bought | 11/6 | N | – |
| Sold | 11/6 | N | C |
| Bought | 11/7 | P1 | – |
| Sold | 11/7 | P1 | – |
| Bought | 11/8 | P1 | – |
| Sold | 11/8 | P1 | – |
| Bought | 11/13 | N | – |
| Bought | 11/29 | P1 | – |
| Partial Sold | 11/29 | P1 | – |
| Bought | 11/30 | O | – |
| Sold | 11/30 | P1 | – |
| Bought | 12/1 | N | – |
| Sold | 12/1 | N | – |
| Bought | 12/4 | O | – |
| Partial Sold | 12/4 | N | – |
| Sold | 12/5 | M | C |
| Bought | 12/7 | O | – |
| Bought | 12/12-15 | P1 | – |
| Sold | 12/12-15 | P1 | – |
| Bought | 12/18 | K | – |
| Bought | 12/19 | N | – |
| Partial Sold | 12/19 | N | A |
| Bought | 12/20 | M | – |
| Bought | 12/21 | N | – |
| Partial Sold | 12/21 | N | C |
| Partial Sold | 12/22 | J | – |
| Bought | 12/28 | N | – |
| Partial Sold | 12/28 | N | A |